In the Matter of the Judicial Settlement of the Account of Proceedings of JAMES TONRY, as Executor, etc., of BESSIE BRIDGET KERINS, Also Known as BESSIE B. KERINS, Also Known as BESSIE KERINS, Deceased, Respondent. CATHERINE FLYNN McDOUGALL and Others, Appellants.— Decree of the Surrogate's Court

of Queens county unanimously affirmed, with costs against appellants. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.